David J. Feldman, Esq.
Nevada Bar No. 5947
FELDMAN GRAF, P.C.
8845 West Flamingo Rd., Suite 210
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
Attorneys for Defendant
21st Century Insurance

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY SMITH, individually, | Case No.: 2:15-cv-01770-APG-NJK |
| Plaintiff, | |
| vs. | |
| 21st CENTURY INSURANCE; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER TO CORRECT CASE CAPTION

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Gary Smith, by and through his counsel of record, Glenn A. Paternoster, Esq. and Dustin E. Birch and Defendant 21st Century Insurance (erroneously named in the action) and 21st Century Assurance Company, by and through their counsel of record, David J. Feldman, Esq. of the law firm of Feldman Graf, P.C., that:

1. The Complaint inadvertently names 21st Century Insurance, as the insurer Defendant in this matter, and 21st Century Assurance Company is the real party in interest.

2. The policy of insurance which is the subject of this action was issued by 21st Century Assurance Company.

. . .

. . .

. . .

1

3. Accordingly, all references in this matter to Defendant 21st Century Insurance, shall instead reference 21st Century Assurance Company, and the caption for this matter shall be modified to reflect only 21st Century Assurance Company.

**IT IS SO STIPULATED.**

Dated: 9/18/15

PATERNOSTER LAW GROUP, LLC
Glenn A. Paternoster, Esq.
Nevada Bar No. 5452
Dustin E. Birch, Esq.
Nevada Bar No. 10517
400 S. Fourth Street, Third Floor
Las Vegas, NV 89101
Telephone: (702) 654-1111
Facsimile: (702) 522-1522
Attorneys for Plaintiff Gary Smith

Dated: 9/17/15

FELDMAN GRAF, P.C.
David J. Feldman, Esq.
Nevada Bar No. 5947
8845 W. Flamingo Road, Suite 210
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
Attorneys for Defendants
Farmers Insurance Exchange and
Mid-Century Insurance Company

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE/
Dated: September 21, 2015

2