# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY SMITH,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>21ST CENTURY ASSURANCE COMPANY,<br><br>　　　　　　　Defendant(s). | Case No. 2:15-cv-01770-APG-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 16) |

Pending before the Court is Plaintiff's counsel's motion to withdraw. Docket No. 16. The Court hereby **SETS** a hearing on the motion for 3:00 p.m. on March 1, 2016, in Courtroom 3A. Plaintiff and Plaintiff's current counsel shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than February 12, 2016, Plaintiff's current counsel of record shall serve Plaintiff with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than February 22, 2016.

　　　　IT IS SO ORDERED.

　　　　DATED: February 10, 2016

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge