# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GARY SMITH,<br>　　　　　Plaintiff(s),<br>vs.<br>21ST CENTURY ASSURANCE COMPANY,<br>　　　　　Defendant(s). | Case No. 2:15-cv-01770-APG-NJK<br>ORDER<br>(Docket No. 16) |

Pending before the Court is Plaintiff's counsel's motion to withdraw. Docket No. 16. Defendant filed a notice of non-opposition. Docket No. 19. The Court finds the motion properly resolved without oral argument, *see* Local Rule 78-2, and hereby **VACATES** the hearing set for March 1, 2016. For good cause shown, the motion to withdraw is hereby **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket with Plaintiff's address. *See* Docket No. 16 at 2.

Plaintiff is hereby **ORDERED** to file, no later than March 14, 2016, either a notice that he intends to proceed *pro se* or a notice of appearance by new counsel. Plaintiff is reminded that *pro se* parties must comply with all applicable rules and orders, and that the failure to do so may result in significant sanctions, up to and including dismissal of his case. *See, e.g.*, *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).

IT IS SO ORDERED.

DATED: February 29, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge